UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE HOUSTON, a/k/a TYRONE BLACK,<br><br>Plaintiff,<br><br>-v-<br><br>KATHY HOCHUL et al.,<br><br>Defendants. | 26-CV-1949 (JMF)<br><br>VALENTIN ORDER |

JESSE M. FURMAN, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, the Americans with Disabilities Act, and the Rehabilitation Act, alleging that Defendants violated his rights when he was housed at the Edgecombe Residential Treatment Facility ("Edgecomb RTF"). *See* ECF No. 1. He brings claims against multiple officials, including S. Henton, a former employee Edgecombe RTF. *Id.* On August 21, 2026, this Court directed the Clerk of Court to issue summonses for the named Defendants, including Henton, complete the USM-285 form with the address for each of these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service. *See* ECF No. 12. On October 30, 2026, Plaintiff informed the Court that the U.S. Marshals were unable to execute service against Henton because he is no longer at Edgecombe Residential Treatment Facility. *See* ECF No. 20.[1]

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a service address for a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Accordingly,

[1] In light of Plaintiff's representations at ECF No. 21 that he did not receive the Court's August 21, 2026 Order of Service at ECF No. 12, the Clerk of Court earlier today re-mailed a copy of that order to Plaintiff's updated address at ECF No. 16.

the Court directs the New York State Attorney General's Office to provide an updated service address for Henton within **30 days of the date of this Order**.

Plaintiff's letter also requests an extension, although it is unclear what the nature of the extension he seeks is. *See* ECF No. 21. In light of the *Valentin* information supplied at ECF No. 19, the Court grants Plaintiff leave to file an amended complaint naming the new Defendants **by December 7, 2026**. This deadline supersedes the deadline set forth in ECF No. 12. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail a copy of this order to the New York State Attorney General's Office at: 28 Liberty Street, New York, NY 10005, and to Plaintiff.

SO ORDERED.

Dated: November 5, 2026
New York, New York

JESSE M. FURMAN
United States District Judge